UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. FREDA L. WOLFSON, U.S.D.J. |
| Plaintiff, | : | |
| v. | : | Docket 19-430(FLW) |
| KALEIB COX | : | |
| Defendant | : | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW DEFENDANT TO VISIT NEW BORN CHILD WEEKDAYS AT APPROVED TIMES |
| | : | |

This matter having come before the Court on the application of defendant Kaleib Cox, through his attorney Lawrence G. Welle, Esq., seeking an Order modifying conditions of Pre-Trial Release to permit the defendant to visit his new born child and mother weekdays between the hours of 3 p.m. and 7:00 p.m. as recommended by and approved by Pretrial Services officer Nicholas Zotti, who has also approved the residential location at 784 E. State Street, Apt. B, Trenton, N.J., and Assistant United States Attorney Brendan Day having made known he has no objection and consenting thereto;

IT IS therefore, on this _27th_ day of _July_, 2020,

ORDERED that defendant's application to be permitted to visit his child and the child's Mother, weekdays between the hours of 3:00 p.m. and 7:00 0.m. at the residence located at 784 E. State St. Apt. B, Trenton, N.J.

*All other conditions remain unchanged.*

_____
Hon. Douglas E. Arpert U.S. Mag. Judge